**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Minerva Aguilar** | Social Security number or ITIN **xxx–xx–2397** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:  **19–01556**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Minerva Aguilar

April 23, 2019                                **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                               United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Minerva Aguilar  
      Debtor

Case No. 19-01556-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2     Date Rcvd: Apr 23, 2019  
                    Form ID: 318     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
```
db             +Minerva Aguilar,    2730 W 135th Street,    Blue Island, IL 60406-2810
27460944       +CBNA/ExxnMobil,    PO Box 6497,    Sioux Falls, SD 57117-6497
27460961       +TOTAL FINANCE AC LLC,    3400 n pulaski rd,    Chicago, IL 60641-4023
27460943      ++TOTAL FINANCE AC LLC,    3400 N PULASKI ROAD,    CHICAGO IL 60641-4023
                (address filed with court: Car Outlet,    4530 S. Archer Ave,    Chicago, IL 60632)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BNBNEWMAN.COM Apr 24 2019 05:23:00      Norman B Newman,    Much Shelist, P.C.,
                191 North Wacker Drive Ste 1800,    Chicago, IL 60606-1631
27460941       +EDI: TSYS2.COM Apr 24 2019 05:23:00      Barclays Bank Delaware,    125 South West Street,
                Wilmington, DE 19801-5014
27460942       +E-mail/Text: bk@blittandgaines.com Apr 24 2019 01:49:55      Blitt & Gaines,    661 Glenn Avnue,
                Wheeling, IL 60090-6017
27460945       +EDI: WFNNB.COM Apr 24 2019 05:23:00      Comenity Bank/Carsons,    3100 Easton Square Place,
                Columbus, OH 43219-6232
27460946       +EDI: WFNNB.COM Apr 24 2019 05:23:00      Comenity Capital/HSN,    PO BOX 182120,
                Columbus, OH 43218-2120
27460947       +EDI: CONVERGENT.COM Apr 24 2019 05:23:00      Convergent Outsourcing,    800 SW 39th St.,
                Renton, WA 98057-4927
27460948       +E-mail/Text: kzoepfel@credit-control.com Apr 24 2019 01:50:33      Credit Control LLC,
                5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
27460949       +EDI: ESSL.COM Apr 24 2019 05:23:00      Dish Network,    PO BOX 94063,    Palatine, IL 60094-4063
27460950       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 24 2019 01:52:03
                JH Portfolio Debt Equ,    5757 Phantom Drive,    Suite 225,    Hazelwood, MO 63042-2429
27460951       +EDI: CBSKOHLS.COM Apr 24 2019 05:23:00      KOHLS/CAPONE,    PO BOX 3115,
                Milwaukee, WI 53201-3115
27460951       +E-mail/Text: bncnotices@becket-lee.com Apr 24 2019 01:49:39      KOHLS/CAPONE,    PO BOX 3115,
                Milwaukee, WI 53201-3115
27460952       +EDI: TSYS2.COM Apr 24 2019 05:23:00      Macys,    Po Box 8218,    Mason, OH 45040-8218
27460953        EDI: MID8.COM Apr 24 2019 05:23:00      Midland Credit Management Inc.,
                8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
27460956       +EDI: MID8.COM Apr 24 2019 05:23:00      Midland Funding,    2365 Northside Drive #300,
                San Diego, CA 92108-2709
27460957        EDI: PRA.COM Apr 24 2019 05:23:00      Portfolio Recovery Associates, LLC,
                Riverside Commerce Center,    120 Corporate Blvd Ste. 100,    Norfolk, VA 23502
27460959       +EDI: RMSC.COM Apr 24 2019 05:23:00      SYNCB/Gap,    PO BOX 965005,    Orlando, FL 32896-5005
27463259       +EDI: RMSC.COM Apr 24 2019 05:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
27460960       +EDI: WTRRNBANK.COM Apr 24 2019 05:23:00      TD Bank USA/TargetCredit,    3701 Wayzata BLVD #MS6C,
                Minneapolis, MN 55416-3401
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27460954*       Midland Credit Management Inc.,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
27460955*       Midland Credit Management Inc.,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
27460958*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    Riverside Commerce Center,
                  120 Corporate Blvd Ste. 100,    Norfolk, VA 23502)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Apr 23, 2019
                              Form ID: 318             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          Celetha   Chatman    on behalf of Debtor 1 Minerva  Aguilar cchatman@communitylawyersgroup.com,
           celetha--chatman--wood-finko-thompson-pc-0120@ecf.pacerpro.com
          Norman B Newman    nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```